JOSEPH S. STERLING and Another, Respondents, v. NEW YORK STATE ELECTRIC AND GAS CORPORATION and Others, Appellants.— Order affirmed, without costs. Matter considered on the merits. The stipulation extending the time to answer is construed as extending the time not only to answer but also to move or otherwise plead. Respondents state their position to be that there is only one cause of action, and that paragraphs 8 and 9 of the complaint are pleaded as special damages to the riparian owner. The paragraphs mentioned seem to apply to a separate parcel of land. Irrespective of the seeming inadmissibility of evidence thereunder that question is, in the first instance, to be passed upon by the trial court. Hill, P. J., Rhodes, Crapser and Heffernan, JJ., concur; Bliss, J., concurs in the result, except as to costs, and votes to award costs to the plaintiffs to abide the event.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR H. ELLIS, as Executor, etc., of JACOB H. ELLIS, Deceased, Relator, v. JOHN W. BYRNE, Commissioner of Assessments and Taxation of the City of Troy, N. Y., and Others, Appellants.— Respondents appeal from order denying their motion to quash writ of certiorari issued under section 291 of the Tax Law to review assessment of real estate, on the ground that a certified copy of the writ had not been served on them. A certified copy of the order was served. Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.